UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                           :

William M. Mattei and Tracy Mattei,      :      Chapter 7
                                                                       Case No. 21-22130 (RDD)
                                            Debtors.    :
-------------------------------------------------------x

# FIFTH STIPULATION AND ORDER EXTENDING THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTORS' DISCHARGE OR MOVE FOR DISMISSAL

**WHEREAS**, the above captioned debtors (the "Debtors") have filed a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Marianne T. O'Toole (the "Trustee") has been appointed Chapter 7 Trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, the Trustee's and the United States Trustee's respective time to object to the Debtors' discharge or move for dismissal needs to be extended upon request of the Trustee in order to allow the Trustee to complete her examination of the Debtors;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Trustee's and the United States Trustee's respective time to object to the Debtors' discharge pursuant to Section 727 or move for dismissal pursuant to Section 707(b) of the Bankruptcy Code be, and it hereby is, extended to and including April 7, 2022 without prejudice to further extensions.

Dated: White Plains, New York
            January 31, 2022

                                                            ATTORNEY FOR DEBTOR

                                                            /s/ Robert S. Lewis
                                                            Robert S. Lewis, Esq.
                                                            Law Offices of Robert S. Lewis, P.C.
                                                            53 Burd Street
                                                            Nyack, NY 10960

                                                            /s/ Marianne T. O'Toole
                                                            MARIANNE T. O'TOOLE
                                                            Chapter 7 Trustee

**SO ORDERED:**
Dated:  White Plains, New York
            January 31, 2022

*/s/ Robert D. Drain*
United States Bankruptcy Judge

NY1 6555v1 06/14/06