# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: William M. Mattei and Tracy Mattei          CASE NO.: 21–22130–lgb
AKA/DBA:
Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
xxx–xx–6368    xxx–xx–2769

---

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## DENIAL OF DISCHARGE, 11 USC § 727(a)

The above named debtor has been denied a discharge pursuant to 11 U.S.C. § 727(a).

The automatic stay is terminated pursuant to 11 USC § 362(c)(2)(C).

Dated: July 10, 2025                                Vito Genna
                                                    Clerk of the Court