UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                  Chapter 7
                                                                              Case No. 21-22130-lgb
WILLIAM M. MATTEI and TRACY MATTEI,

                                 Debtor.
------------------------------------------------------------X

## NOTICE OF WITHDRAWL OF
## OBJECTION TO CLAIM NO. 8-1

**PLEASE TAKE NOTICE** that Debtors' objection to Claim No. 8-1 filed by the Estate of Keahon is hereby withdrawn without prejudice pending resubmission upon leave of Court.

Dated: Nyack, New York
        November 12, 2025

                                              LAW OFFICES OF ROBERT S. LEWIS, P.C.
                                              *Attorneys for Debtors*

                                                */s/ ROBERT S. LEWIS, ESQ.*
                                              ROBERT S. LEWIS, ESQ.
                                              29 Main Street
                                              Nyack, N.Y. 10960
                                              (845) 358-7100
                                              Robert.lewlaw1@gmail.com